TRINETTE G. KENT (State Bar No. 222020)
10645 North Tatum Blvd., Suite 200-192
Phoenix, AZ 85028
Telephone: (480) 247-9644
Facsimile: (480) 717-4781
E-mail: tkent@lemberglaw.com

Of Counsel to
Lemberg Law, LLC
A Connecticut Law Firm
1100 Summer Street
Stamford, CT 06905
Telephone: (480) 247-9644
Facsimile: (203) 653-3424

Attorneys for Plaintiff,
Christine Shiles

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| Christine Shiles,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>Reese Law Group; and DOES 1-10, inclusive,<br><br>　　　　Defendants. | Case No.: 5:14-cv-02236-JGB-DTB<br><br>**ORDER** |

1  Based on the Stipulation of counsel, the case is dismissed with prejudice, each
2  party to bear its own attorney fees and costs.
3
4  Date:  May 11, 2015
5  Honorable Jesus G. Bernal
   United States District Judge